

# Fourth Court of Appeals
## San Antonio, Texas

October 9, 2020

No. 04-20-00427-CV

**IN RE** Gustavo **GARCIA-SILLER,** Archbishop of the Archdiocese of San Antonio, and Acting on Behalf of the Archdiocese of San Antonio, and Anita Valencia, as Independent Administrator of the Estate of Virgilio Elizondo,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08589
Honorable Karen H. Pozza, Judge Presiding

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On October 9, 2020, relators filed an Opposed Third Motion for Emergency Relief, requesting a stay of the trial court's August 4, 2020 "Order on Motion to Compel," including the trial court's decision to stay compliance with the contested order until October 13, 2020 at 5:00 p.m.

After consideration, relators' request for a stay is **GRANTED**. The trial court's August 4, 2020 order, as extended on September 30, 2020, is **STAYED** pending further order of this court.

---

[1] This proceeding arises out of Cause No. 2015-CI-08589, styled *John Doe v. Roman Catholic Archdiocese of San Antonio, by and through the Apostolic Administrator and Archbishop Gustavo Garcia-Siller and Archbishop Emeritus Patrick Flores, their predecessors and successors, as Archbishop of the Roman Catholic Archdiocese of San Antonio, Father Jesus Armando Dominguez, the Estate of Father Virgilio Elizondo, Deceased; Bishop Gerald R. Barnes, his predecessors and successors, as Bishop of the Diocese of San Bernardino, in its assumed or common name; the Roman Catholic Bishop of San Bernardino, a Corporate sole aka Diocese of San Bernardino*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.

PER CURIAM

ATTESTED TO: _Michael A. Cruz_
Michael A. Cruz,
Clerk of Court

